239 So.2d 539

Emmanuel J. LANGLOIS

v.

ALLIED CHEMICAL CORPORATION and the Travelers Insurance Company.

No. 50852.

Oct. 7, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 539

Claud JONES

v.

STATE of Louisiana, CIVIL SERVICE COMMISSION (Department of Highways).

No. 50860.

Oct. 7, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.